**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

CARL GARRETT,

    Plaintiff,

v.

JOHNATHAN MEEKS,

    Defendant.

CIVIL ACTION NO.: 6:17-cv-120

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation. (Doc. 22.) Neither party to this action filed Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, (doc. 22), as the opinion of the Court. The Court **GRANTS in part** Defendant's Motion to Dismiss. The Court **DISMISSES** Plaintiff's request for preliminary injunctive relief and **DISMISSES without prejudice** Plaintiff's request for compensatory damages. The Court **DENIES in part** Defendant's Motion to Dismiss Plaintiff's Complaint for failure to exhaust. Plaintiff's excessive force claim against Defendant Meeks remains pending, as does Plaintiff's requests for nominal damages, prospective injunctive relief, and court costs and fees. (Doc. 1, p. 6; Doc. 8, p. 1; Doc. 11; Doc. 22, pp. 2 n.1, 15–19.)

**SO ORDERED**, this 29th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA